# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION


FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2005 JUN 16 AM 11: 3
CLERK
SO. DIST. OF GA.

ROBERT LORENZO WILLIAMS, )
)
   Movant, )
)
v. ) Case No. CV498-189
) [Underlying CR495-146]
UNITED STATES OF AMERICA, )
)
   Respondent. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _16_ day of _June_, 2005.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA